1 ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN 109740
2 Jeffrey L. Le Pere, SBN 201787
10085 Carroll Canyon Road, Suite 100
3 San Diego, California 92131
Telephone: (858) 348-1005
4 Facsimile: (858) 348-1150
hal@rbblawgroup.com
5 jeff@rbblawgroup.com

6 Attorneys for Plaintiff

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 VIKING CAPITAL INVESTMENT CORP, a business entity,<br>12<br>13         Plaintiff,<br>14   v.<br>15 JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 75, inclusive,<br>16<br>17         Defendants. | Case No. 3:18-CV-00874-GPC-JMA<br><br>**PLAINTIFF VIKING CAPITAL INVESTMENT CORP'S NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Gonzalo Curiel<br>Ctrm:   2D – 2nd Floor<br><br>Complaint Filed: May 7, 2018<br>Trial Date: None Set |

18

19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

20     PLEASE TAKE NOTICE THAT Plaintiff Viking Capital Investment Corp, by

21 and through its attorneys respectfully notices this Honorable Court that this case has

22 settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and

23 allow sixty (60) days to dismiss the case. This court shall retain jurisdiction over this

24 matter until fully resolved.

25 Dated:    January 3, 2019          ROSNER, BARRY & BABBITT, LLP
                                      By:  /s/ Jeffrey L. Le Pere
26                                         Hallen D. Rosner
27                                         Jeffrey L. Le Pere
                                           Attorneys for Plaintiff
28

3:18-CV-00874-GPC-JMA

**NOTICE OF SETTLEMENT**

# CERTIFICATE OF SERVICE

*Viking Capital Inv. Corp. v. Land Rover San Diego*
UNITED STATES DISTRICT COURT
Southern District of California Case No. 3:18-CV-00874-GPC-JMA

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

On January 3, 2019, I served the following document(s) described as:

**PLAINTIFF VIKING CAPITAL INVESTMENT CORP'S NOTICE OF SETTLEMENT**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Brian Takahashi, Esq.<br>BOWMAN AND BROOKE, LLP<br>970 West 190th Street, Suite 700<br>Torrance, California 90502<br>(310) 768-3068 / F: (310) 719-1019<br>Brian.takahashi@bowmanandbrooke.com<br><br>Michael J. Hurvitz, Esq.<br>Patrick J. Raue, Esq.<br>BOWMAN AND BROOKE, LLP<br>750 B Street, Suite 1740<br>San Diego, California 92101<br>(619) 376-2500 / F: (619) 376-2501<br>Michael.hurvitz@bowmanandbrooke.com<br>Patrick.raue@bowmanandbrooke.com<br><br>Attorneys for Defendant<br>JAGUAR LAND ROVER NORTH AMERICA, LLC | |

[X]  **(BY ELECTRONIC SERVICE VIA CM/ECF):** The documents were generated by the CM/ECF System and sent by e-mail to all registered CM/ECF users.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 3, 2019, at San Diego, California.

_____
Laura Hartman

3:18-CV-00874-GPC-JMA

CERTIFICATE OF SERVICE