ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
Jeffrey L. Le Pere, SBN: 201787
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone: (858) 348-1005
Facsimile: (858) 348-1150
hal@rbblawgroup.com
jeff@rbblawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKING CAPITAL INVESTMENT CORP, a business entity,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 75, inclusive,<br><br>Defendants. | Case No. 3:18-CV-00874-GPC-JMA<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Gonzalo Curiel<br>Ctrm: 2D – 2nd Floor<br><br>Complaint Filed: May 7, 2018<br>Trial Date: None Set |

IT IS HEREBY STIPULATED and agreed by and between the parties, and their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice in its entirety, and each party shall bear their own fees and costs.

Dated: December 5, 2019                    ROSNER, BARRY & BABBITT, LLP

                                           By:  /s/ *Jeffrey L. Le Pere*
                                                Hallen D. Rosner
                                                Jeffrey L. Le Pere
                                                Attorneys for Plaintiff

Dated: December 5, 2019                    BOWMAN AND BROOKE, LLP

                                           By:  /s/ *Brian Takahashi*
                                                Brian Takahashi
                                                Michael J. Hurvitz
                                                Patrick J. Raue
                                                Attorneys for Defendant
                                                JAGUAR LAND ROVER NORTH
                                                AMERICA, LLC

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                           /s/ *Jeffrey L. Le Pere*
                                           Jeffrey L. Le Pere

# CERTIFICATE OF SERVICE

*Viking Capital Inv. Corp. v. Land Rover San Diego*
UNITED STATES DISTRICT COURT
Southern District of California Case No. 3:18-CV-00874-GPC-JMA

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

On February 11, 2019, I served the following document(s) described as:

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii); and [PROPOSED] ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Brian Takahashi, Esq.<br>BOWMAN AND BROOKE, LLP<br>970 West 190th Street, Suite 700<br>Torrance, California 90502<br>(310) 768-3068 / F: (310) 719-1019<br>*Brian.takahashi@bowmanandbrooke.com*<br><br>Michael J. Hurvitz, Esq.<br>Patrick J. Raue, Esq.<br>BOWMAN AND BROOKE, LLP<br>750 B Street, Suite 1740<br>San Diego, California 92101<br>(619) 376-2500 / F: (619) 376-2501<br>*Michael.hurvitz@bowmanandbrooke.com*<br>*Patrick.raue@bowmanandbrooke.com*<br><br>Attorneys for Defendant<br>JAGUAR LAND ROVER NORTH AMERICA, LLC | |

[X]  **(BY ELECTRONIC SERVICE VIA CM/ECF):** The documents were generated by the CM/ECF System and sent by e-mail to all registered CM/ECF users.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 11, 2019, at San Diego, California.

*/s/ Laura Hartman*
Laura Hartman

3:18-CV-00874-GPC-JMA
CERTIFICATE OF SERVICE