1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKING CAPITAL INVESTMENT CORP, a business entity,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a limited liability company; and DOES 1 through 75, inclusive,<br><br>　　　　　Defendants. | Case No. 3:18-CV-00874-GPC-JMA<br><br>**ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

On December 5, 2019, Plaintiff VIKING CAPITAL INVESTMENT CORP. along with Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:  February 12, 2019

Hon. Gonzalo P. Curiel
United States District Judge